UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DION SMOAK,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2025
```

**ORDER**

25-CV-1756 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Letter dated June 17, 2025 at ECF No. 13. For the avoidance of doubt, the Court sets the following briefing schedule:

- Plaintiff's brief is due by **July 11, 2025**;
- The Government's brief is due by **August 22, 2025**; and
- Plaintiff's reply brief is due by **September 12, 2025**.

**SO ORDERED.**

Dated: June 18, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge