UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  DION SMOAK,,

                              Plaintiff,                    25 **CIVIL** 1756 (HJR)

      -v-                                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 22, 2025, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing and decision. The parties consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

       August 22, 2025

                                                           **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                                    **BY:**

                                                              **Deputy Clerk**