UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/9/2025

DION SMOAK,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

25-CV-1756 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff filed a motion for attorney's fees on November 20, 2025.  ECF Nos. 21–22.  The Government's opposition, if any, was due by December 4, 2025.  To date, no opposition has been filed.  The Court *sua sponte* extends the Government's deadline to oppose the motion to **December 23, 2025**.  If the Government does not file an opposition by that date, the Court will consider the motion to be unopposed.

**SO ORDERED.**

Dated: December 9, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge